UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Huebner,                                     Civil 06-2463 PJS/FLN

      Petitioner,

v.                                                             O R D E R

Warden R.L. Morrison,

      Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 5, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Insofar as the petition seeks to require the BOP to consider Petitioner's eligibility for RRC placement without regard to 28 C.F.R. §§ 570.20 and 570.21 and to evaluate his RRC eligibility consistent with 18 U.S.C. § 3621(b), the petition is **GRANTED**;

2. Insofar as Petitioner is requesting to be immediately transferred to a RRC or home confinement, the motion is **DENIED**.

DATED: January 2, 2007.                     s/ Patrick J. Schiltz
at St. Paul, Minnesota                           JUDGE PATRICK J. SCHILTZ
                                                                       United States District Court